UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYALEE FEDORAH ST. CLOUD, | Case No.: 26-cv-2062-JES-MMP |
| Petitioner, | |
| v. | **ORDER FOR BOND HEARING** |
| WARDEN OF IMPERIAL REGIONAL FACILITY, | **[ECF No. 1]** |
| Respondent. | |

Before the Court is Petitioner Nayalee Fedorah St. Cloud's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondents filed a Return and Petitioner did not file a traverse by the deadline. ECF No. 5.

In the Return, Respondents state: "Taking into consideration those prior rulings [in this District], the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 5 at 2. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*,

No. 3:26-CV00846-JES (S.D. Cal. March 5, 2026). The Court incorporates its reasoning in that case by reference here.

Per the parties' agreement that Petitioner is entitled to a bond hearing, and the Court's analysis in *Sandesh*, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with an individualized bond determination hearing within **ten days** of this Order.

    a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.

    b. The IJ **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate.

    c. Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel.

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with the bond hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge